**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Andrew K. FINE, Respondent.**

**No. 141 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 27, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of October, 1997, there having been filed with this Court by Andrew K. Fine his verified Statement of Resignation dated September 23, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Andrew K. Fine be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Anthony F. CLARK**

**No. 374 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 27, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of October, 1997, the Petition to Temporarily Suspend an Attorney is granted and, pursuant to Rule 214, Pa.R.D.E., Anthony F. Clark is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Linda Marie GROSS, Respondent.**

**No. 375 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 27, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of October, 1997, there having been filed with this Court by Linda Marie Gross her verified Statement of Resignation dated September 25, 1997, stating that she desires to resign from the bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Linda Marie Gross be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.